IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| WILLIAM ROUTHERFORD AKERY III | Case No.: A04-73628-CRM |
| KATHLEEN ANITA AKERY | |
| 505 KINGS PLACE | |
| RIVERDALE, GA  30296 | |

SSN (1):  XXX-XX-1824

SSN (2):  XXX-XX-9533

## TRUSTEE'S FINAL REPORT AND ACCOUNT

Nancy J. Whaley, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The Trustee declares under penalty of perjury as follows:

The case was filed on August 20, 2004.

The plan was confirmed on October 27, 2004.

The case was COMPLETED AS A 36 MONTH BASE PLAN on August 30, 2007.

Number of months from filing to last payment: 36

Number of months case was pending: 36

Dividend to unsecured creditors:  27.39%

**RECEIPTS**:

Total paid by or on behalf of the debtor(s):  $49,215.69

**EXPENSES OF ADMINISTRATION DISBURSED BY TRUSTEE:**

**ATTORNEY FEE:**

KING & KING

Fees paid by debtor:  $0.00

Fees paid through plan:  $2,500.00

Total Attorney's Fees:  $2,500.00

**FILING FEE:**

CLERK OF COURT OF FILING FEES

Amount Paid:  $0.00

**TRUSTEE FEE:**

Amount Paid:  $2,402.09

**DISBURSEMENTS TO CREDITORS:**

**SECURED TAXES:**

| CREDITOR NAME | CLASS | CLAIM SCHEDULED | CLAIM ASSERTED | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL + INTEREST |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | 1 | $2,505.00 | $2,505.00 | $2,505.00 | $0.00 | $2,505.00 |
| SECURED TAXES TOTALS: | | $2,505.00 | $2,505.00 | $2,505.00 | $0.00 | **$2,505.00** |

**PRIORITY TAXES:**

| CREDITOR NAME | CLASS | CLAIM SCHEDULED | CLAIM ASSERTED | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL + INTEREST |
|---|---|---|---|---|---|---|
| GEORGIA DEPARTMENT OF REVI | 2 | $271.45 | $282.00 | $282.00 | $0.00 | $282.00 |
| INTERNAL REVENUE SERVICE | 2 | $0.00 | $1,744.42 | $1,744.42 | $0.00 | $1,744.42 |
| PRIORITY TAXES TOTALS: | | $271.45 | $2,026.42 | $2,026.42 | $0.00 | **$2,026.42** |

**UNSECURED TAXES:**

| CREDITOR NAME | CLASS | CLAIM SCHEDULED | CLAIM ASSERTED | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL + INTEREST |
|---|---|---|---|---|---|---|
| GEORGIA DEPARTMENT OF REVI | 3 | $0.00 | $50.00 | $13.69 | $0.00 | $13.69 |
| INTERNAL REVENUE SERVICE | 3 | $0.00 | $37,193.50 | $10,185.55 | $0.00 | $10,185.55 |
| UNSECURED TAXES TOTALS: | | $0.00 | $37,243.50 | $10,199.24 | $0.00 | **$10,199.24** |

**MORTGAGE ARREARS:**

| CREDITOR NAME | CLASS | CLAIM SCHEDULED | CLAIM ASSERTED | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL + INTEREST |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SVCING INC | M | $0.00 | $2,012.06 | $2,012.06 | $0.00 | $2,012.06 |
| MORTGAGE ARREARS TOTALS: | | $0.00 | $2,012.06 | $2,012.06 | $0.00 | **$2,012.06** |

**SECURED:**

| CREDITOR NAME | CLASS | CLAIM SCHEDULED | CLAIM ASSERTED | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL + INTEREST |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | S | $15,980.00 | $6,375.00 | $6,375.00 | $242.62 | $6,617.62 |
| FORD MOTOR CREDIT CO. | S | $0.00 | $7,725.00 | $7,725.00 | $416.89 | $8,141.89 |
| ECAST SETTLEMENT CORPORAT | S | $2,956.96 | $1,000.00 | $1,000.00 | $38.06 | $1,038.06 |
| THE MONEY TREE | S | $1,858.28 | $75.00 | $75.00 | $3.40 | $78.40 |
| SECURED TOTALS: | | $20,795.24 | $15,175.00 | $15,175.00 | $700.97 | **$15,875.97** |

**DISBURSEMENTS TO CREDITORS:**

**UNSECURED:**

| CREDITOR NAME | CLASS | CLAIM SCHEDULED | CLAIM ASSERTED | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL + INTEREST |
|---|---|---|---|---|---|---|
| CITY FINANCE COMPANY | U | $0.00 | $412.00 | $0.00 | $0.00 | $0.00 |
| DIXIE LOANS | U | $361.49 | $361.49 | $99.00 | $0.00 | $99.00 |
| IDEAL LOAN & FINANCE COMPA | U | $0.00 | $486.30 | $133.06 | $0.00 | $133.06 |
| RIVERDALE FINANCE | U | $0.00 | $800.00 | $219.09 | $0.00 | $219.09 |
| TIME FINANCE | U | $0.00 | $290.00 | $79.42 | $0.00 | $79.42 |
| AAFES | U | $5,850.78 | $5,928.16 | $1,623.49 | $0.00 | $1,623.49 |
| CAPITAL ONE F.S.B | U | $609.77 | $766.03 | $209.78 | $0.00 | $209.78 |
| CAPITAL ONE F.S.B | U | $392.64 | $702.63 | $192.42 | $0.00 | $192.42 |
| ROUNDUP FUNDING LLC | U | $1,309.00 | $1,309.00 | $358.48 | $0.00 | $358.48 |
| NATIONAL FINANCIAL HOLDING | U | $904.73 | $904.73 | $247.77 | $0.00 | $247.77 |
| SCANA ENERGY | U | $283.13 | $283.13 | $77.54 | $0.00 | $77.54 |
| SOUTHERN FEDERAL CREDIT UN | U | $0.00 | $3,042.10 | $833.11 | $0.00 | $833.11 |
| THE MONEY TREE | U | $0.00 | $310.00 | $84.90 | $0.00 | $84.90 |
| MERCURY FINANCE | U | $0.00 | $738.26 | $202.18 | $0.00 | $202.18 |
| CAPITAL ONE AUTO FINANCE | U | $0.00 | $8,361.23 | $2,289.81 | $0.00 | $2,289.81 |
| FORD MOTOR CREDIT CO. | U | $0.00 | $14,649.86 | $4,012.01 | $0.00 | $4,012.01 |
| ECAST SETTLEMENT CORPORAT | U | $0.00 | $2,516.55 | $689.18 | $0.00 | $689.18 |
| THE MONEY TREE | U | $0.00 | $1,254.90 | $343.67 | $0.00 | $343.67 |
| UNSECURED TOTALS: | | $9,711.54 | $43,116.37 | $11,694.91 | $0.00 | **$11,694.91** |

| **SUMMARY OF DISBURSEMENTS TO CREDITORS:** | **TOTALS** |
|---|---:|
| **SECURED** | $20,393.03 |
| **UNSECURED** | $21,894.15 |
| **PRIORITY** | $2,026.42 |
| **TRUSTEE FEE** | $2,402.09 |
| **ATTORNEY FEE** | $2,500.00 |
| **FILING FEE** | $0.00 |
| **TOTAL DISBURSEMENTS** | $49,215.69 |
| **TOTAL RECEIPTS** | $49,215.69 |

The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.

Dated:  October 11, 2007


/s/
_____

Nancy J. Whaley
Standing Chapter 13 Trustee
State Bar No. 377941
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303

# CERTIFICATE OF SERVICE

Case No:  A04-73628-CRM

This is to certify that I have this day served:


KING & KING,   ATTORNEY
215 PRYOR STREET
ATLANTA, GA  30303

WILLIAM ROUTHERFORD AKERY III  AND
KATHLEEN ANITA AKERY
505 KINGS PLACE
RIVERDALE, GA  30296



In the foregoing matter with a copy of the Trustee's Final Report by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.


Dated:  October 11, 2007




/s/_____
    Nancy J. Whaley
    Standing Chapter 13 Trustee
    State Bar No. 377941
    303 Peachtree Center Avenue, NE
    Suite 120
    Atlanta, GA 30303
    678-992-1201